UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES,

        Plaintiff,

-against-

LIFE SCIENCES INSTITUTE, LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023
```

23-CV-5932 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      On September 20, 2023, defendant filed a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b). (Dkt. 14.) On October 10, 2023, plaintiff timely filed her First Amended Complaint (Dkt. 23) as of right, pursuant to Fed. R. Civ. P. 15(a)(1)(B), thereby mooting the motion to dismiss.

      On October 17, 2023, plaintiff requested an extension of time to file her opposition to the motion to dismiss. (Dkt. 24.) As that motion is now moot, however, no extension is necessary. Given the apparent confusion concerning the procedural posture of this action, the Court *sua sponte* EXTENDS defendant's deadline to respond to the First Amended Complaint to **November 2, 2023**.

      Due to a conflict on the Court's calendar, the initial case management conference previously scheduled for November 2, 2023, at 11:00 a.m., is hereby ADJOURNED to **November 6, 2023, at 10:00 a.m.** The parties shall file their Pre-Conference Statement (*see* Dkt. 16 at 2-3) no later than **October 30, 2023**.

      The Clerk of Court is respectfully directed to close the motions at Dkts. 17 and 24.

Dated: New York, New York
       October 19, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**