UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENISA ANGELES Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE SCIENCE INSTITUTE, LLC,<br><br>Defendants. | Index No.: 1:23-cv-05932<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff JENISA ANGELES hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant LIFE SCIENCE INSTITUTE, LLC.

DATED: October 24, 2023 **MIZRAHI KROUB LLP**

/s/ Patrick W. Gallagher.
PATRICK W. GALLAGHER.

PATRICK W. GALLAGHER, ESQ.
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212-595-6200
Fax: 212-595-9700
Email: pgallagher@mizrahikroub.com

*Attorneys for Plaintiff*